UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

JAMES JOHANN,

Plaintiffs

v.

MY.GAMES B.V.,

Defendant.

Case No.:  25-cv-2447-BJC- JLB

**ORDER DENYING AS MOOT MOTION TO DISMISS [ECF NO. 13.]**

Pending before the Court is Defendant MY.GAMES B.V's motion to dismiss the original complaint. ECF No. 13. On March 6, 2026, Plaintiff filed a first amended complaint *in lieu* of opposing the pending motion to dismiss. Accordingly, Defendant's motion to dismiss the original complaint is DENIED as moot. *See Ramirez v. County of San Bernardino*, 806 F.3d 1002, 1008 (9th Cir. 2015).

**IT IS SO ORDERED.**

Dated:  March 11, 2026

_____

Honorable Benjamin J. Cheeks
United States District Judge

1

25-cv-2447-BJC- JLB